778

Steven WEFEL, Respondent,

v.

KUNZ OIL and American Compensation Insurance/RTW, Inc., Relators,

and

Minnesota Department of Labor and Industry/VRU, Intervenor.

No. C3–98–1758.

Supreme Court of Minnesota.

Dec. 15, 1998.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 1, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

Alan C. Page

Alan C. Page

Associate Justice

David A. LEE, Relator,

v.

CATHOLIC CEMETERIES, SELF–INSURED/ALEXSIS, INC., Respondent,

and

Special Compensation Fund.

No. C8–98–1769.

Supreme Court of Minnesota.

Dec. 16, 1998.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 28, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

Paul H. Anderson

Paul H. Anderson

Associate Justice